# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 23, 2009

137072

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

                                            SC: 137072
                                            COA: 283419
                                            Oakland CC: 2002-184580-FC

PHILLIP A. BROWN II,
      Defendant-Appellant.

_____/

      On order of the Court, the application for leave to appeal the May 12, 2008 order of the Court of Appeals is considered, and it is DENIED, because the defendant's motion for relief from judgment is prohibited by MCR 6.502(G).



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 23, 2009

Clerk

s0316